# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

LARRY VANCE DEAN,

    Plaintiff,

vs.                                             Case No. 4:05mc51/WCS

DENVER STUTLER,

    Defendants.

_____/

## O R D E R

This cause is before the Court upon referral from the Clerk of Court. Plaintiff, proceeding *pro se*, submitted a complaint to the Clerk of Court and paid $39.00 to file this case as a "miscellaneous petition." Doc. 1. Because this case was clearly a civil rights action, the clerk was instructed to re-open this case as a civil case (Case No. 4:05cv260-RH/WCS). An order was entered in that case advising the Plaintiff to either pay the remaining filing fee or file an IFP application. In addition, the order directed Plaintiff to file an amended complaint by August 17, 2005. In light of the order entered in Case No. 4:05cv260-RH/WCS, this miscellaneous case should be closed.

Accordingly, it is

**ORDERED** that the Clerk of Court administratively close this case.

**DONE AND ORDERED** on August 16, 2005.

   S/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**